JOHN M. SYDORIAK, JR. *v.* LYNDA B. MUNRO, ADMINISTRATRIX (ESTATE OF THOMAS R. PEATE)
(13606)

Dupont, C. J., and O'Connell and Landau, Js.

Argued October 3—decision released October 24, 1995

*Joseph Glass*, for the appellant (plaintiff).

*J. Kevin Golger*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.